IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 7:92-CR-5 (WLS) |
| CARL JEROME HOLMES, | : |
| Defendant. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed May 24, 2010. (Doc. 96). It is recommended that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 94) be **DISMISSED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 96) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 94) is **DISMISSED**.

**SO ORDERED**, this  24th  day of June, 2010.

      /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**